**Timothy G. PRYER, Himself and on Behalf of Some Twelve Hundred Others, Plaintiff–Appellant,**

v.

**Haley BARBOUR, Mississippi Governor, Individually and in Official Capacity; Jim Hood, Mississippi Attorney General, Individually and in Official Capacity; Paul S. Funderburk, Judge, Individually and in Official Capacity; Thomas J. Gardner, III, Judge, Individually and in Official Capacity; Sharion Aycock, Former Judge, Indi-**

vidually and in Official Capacity; John R. Young, District Attorney, Individually and in Official Capacity; Lori Nail Basham, Public Defender, Individually and in Official Capacity; John Helmert, Public Defender, Individually and in Official Capacity, Defendants–Appellees.

No. 08–60632

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 12, 2008.

Timothy G. Pryer, Pearl, MS, pro se.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Timothy Pryer, a Mississippi inmate appearing *pro se*, sued various public officials, requesting their removal from office. In a thorough and convincing Memorandum Opinion entered May 20, 2008, the district court explained why this action is entirely frivolous. The court dismissed with prejudice for failure to state a claim.

Essentially for the reasons given by the district court, we DISMISS the appeal as frivolous. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.